

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00261-CV

| | | |
|---|---|---|
| SAMMY JO KRESSENBERG, Appellant | § | On Appeal from the 96th District Court |
| V. | § | of Tarrant County (096-287991-16) |
| NATIONSTAR HECM ACQUISITION TRUST 2015-2, WILMINGTON SAVINGS FUND SOCIETY, FSB NOT INDIVIDUALLY, BUT SOLELY AS TRUSTEE, Appellee | § | April 9, 2020 |
| | § | Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was no error in the trial court's judgment. It is ordered that the judgment of the trial court is affirmed.

It is further ordered that appellant Sammy Jo Kressenberg shall pay all of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By /s/ Dabney Bassel
Justice Dabney Bassel